Argued and submitted October 9, affirmed November 15, respondent Kathleen Climer's petition for attorney fees filed November 20, 2000, allowed by opinion March 28, 2001
See 173 Or App 282 (2001)

In the Matter of the Compensation of
Kathleen A. Climer, Claimant.

WAL-MART STORES, INC.,
*Petitioner,*

*v.*

Kathleen CLIMER
and Kinney Shoe Corporation,
*Respondents.*

(98-00453, 98-09140; CA A108391)

14 P3d 648

Delbert J. Brenneman argued the cause for petitioner. With him on the brief were Marjorie A. Speirs and Hoffman, Hart & Wagner, LLP.

Daniel J. Sato argued the cause and filed the brief for respondent Kathleen Climer.

Brad G. Garber argued the cause for respondent Kinney Shoe Corporation. With him on the brief was Meyers, Radler, Replogle, Roberts & Miller.

Before Edmonds, Presiding Judge, and Armstrong and Kistler, Judges.

PER CURIAM

Affirmed. *SAIF v. Yokum,* 132 Or App 18, 887 P2d 380 (1994).